IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF TEXAS
_Willchite Falls_ DIVISION

_Herrado, J. Molina #2197682_
Plaintiff's Name and ID Number

_James V. Allred Unit_
Place of Confinement

CASE NO. _7-24CV-077-0_
(Clerk will assign the number)

v.

_Sergio Martinez        Allred Unit_
Defendant's Name and Address

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 29 2024
CLERK, U.S. DISTRICT COURT
By _____ ω
Deputy

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

II. PLACE OF PRESENT CONFINEMENT: James V. Allred Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Herrado Jose Molina   James V. Allred Unit 2101 FM 369 N  Iowa Park, TX 76367

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Sersio Martinez   James V. Allred Unit  2101 FM 369 N  Iowa Park, TX 76367

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 2-11-24 between 3:50pm - 3:56pm officer S. Martinez cov was passing out the trays when I told Martinez to give me my special tray & I had Peanut butter on my tray & I am allergies to Peanut's & I was trying to show, it to officer Martinez cov & all he did close my tray slot so a follow mintes later he came back to the cell & that is when I showed it to him & he also did refuse to call the ssgt A. Guerra were I could get her to call the kitchen to get my food fix & nothing did not happen at all.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the court to do for me is to make this people to give me my G2 S4 & to tranfered me off this unit to a medical unit.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_____

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_____

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?   ___ YES ___ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: 5-20-24
DATE

_Hervado Molina_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __20__ day of __May__, 20__24__.
(Day)         (month)           (year)

_Hervado Molina_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2024069262
Date Received: FEB 20 2024
Date Due: MAR 31 2024
Grievance Code: 815
Investigator ID #: I-2943
Extension Date: ___
Date Retd to Offender: MAR 1 2 2024

Offender Name: Molina, Herrado Jose / Molina Jose    TDCJ #: 2197682
Unit: Allred    Housing Assignment: ~~8E-815~~
Unit where incident occurred: Allred
~~12A-58~~ ~~8E-86-B~~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Officer Sergio, Martinez COV    When? 2-11-24 / 3:54 pm
What was their response? That he was going to fix it his self & he was not going to cell rank for me
What action was taken? N/A

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I'm filing this step 1 grievance is because I am making a complaint on officer Sergio, Martinez COV is because on 2-11-24 between 3:50 pm - 3:56 pm Martinez was passing out the tray's & when officer S. Martinez COV gave me my special tray, I had on it was 2. boiled egg's, 2. slice of bread, cornbread also I had peanut butter on the tray & when I try to tell officer Martinez COV know that I had peanut butter on my tray & I did show it to him & he did close the tray in the slot so a follow minutes later he came back to the cell. Look at the tray & I did ask Martinez to call the Sgt A. Gurra & he also did refuse to call the Sgt Gurra down here were the Sgt could call the G.P Kitchen about my tray so the officer Martinez COV took the tray from me & took it to 2 section, took the peanut butter off the tray & place 4 more slice of bread on the tray & he did bring me the tray back at 4:00 pm with the 4 slice of bread & that was it was on the tray, I have file a step 1 grievance on this same officer Sergio, Martinez COV & Sgt Alyssa D. Gurra about this same matter here & officer S. Martinez COV, Sgt A. Gurra is still doing the same thing so I do believe that this T.D.C.J employee's are using retaliation, harassing against me & I also have wrote 3 step 1's on the G.P Kitchen about my tray's too so this staff member's are still breaking the T.D.C.J Policy also breaking the state, federal laws by giving me food's that I am allergic to so this staff member's are trying to kill me by giving me food's that I am allergic too & I have it under my medical file what I can't not eat, it is also on their paper work too so this T.D.C.J employee's are breaking the T.D.C.J Policy & the PD-22 code's (No.) 7. Substandard Duty Performance - Violation level 4 An employee shall perform duties in a manner that meets or exceeds the minimum standards established for the employee's position.
8. Failure to follow proper safety procedures - Violation level 4: An employee shall observe and follow current TDCJ Policies and state and federal laws relating to safety in the workplace.

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

n employee shall Promptly obey any Proper order issued by an authority.

6. Violation of Statutory authority, court orders, rules, Regulations, or Policies - Violation level
It is the employee's responsibility to know, have a clear understanding of, & comply with rule

26. Harassing or retaliating against an offender or another individual for Participating in an
Official investigation or inquiry or for Pursuing legal activities, such as Petitioning the courts-
Violation level 2.

3. Mistreatment of offenders-
Mistreatment usually takes the form of Physical abuse, but may also include such actions as
Threats or unauthorized denial of Privileges or entitlements.

**Action Requested to resolve your Complaint.**
Went for a Food service manager or a shift ranking officer to bring me my special tray
The like Policy state's.

**Offender Signature:** Jose Molina    **Date:** 2-20-24

**Grievance Response:**

The investigation of this grievance is complete. Your complaint is noted; however, the allegations presented could not be sustained as you reported to suggest employee misconduct by Officer Martinez. This is for your information. No further action is warranted.

C. Wiedau, Asst. Warden

**Signature Authority:** _[signature]_    **Date:** MAR 1 1 2024

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made:

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY |
| --- |
| Initial Submission    UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |
| **2nd Submission**    UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |
| **3rd Submission**    UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |

I-127 Back (Revised 11-2010)    Appendix F



**Texas Department of Criminal Justice**

# STEP 2   OFFENDER GRIEVANCE FORM

Offender Name: Molina Jose    TDCJ # 2197682
Unit: Allred    Housing Assignment: ~~12A58~~
Unit where incident occurred: Allred   8L-27B

**OFFICE USE ONLY**
Grievance #: 2024069562
UGI Recd Date: MAR 21 2024
HQ Recd Date: MAR 22 2024
Date Due: 4-30-2024
Grievance Code: 815
Investigator ID#: I-2754
Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I do not agree with grievance #2024069562 is because officer Martinez cov is because he is out of policy by giving me just any tray that have peanut butter on the tray that I can't not eat is because of my allergic is because this is not a proper way that staff member should do to a inmate that have all type of allesic's to a lot of food's & this is under medical & this will always will keep. On going to some thing could be done about this matter here & I do hope that you could put a stop to this here please soon as ya'll can alright is because officer S. martinez cov will stay breaking the policy & rules of T.D.C.J & the PD-22 handbook & state, federal law too so I do hope that some thing could be done please.

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

**Offender Signature:** Jose Molina    **Date:** 3-18-24

**Grievance Response:**

An investigation has been conducted by the Central Grievance Office. Your step 1 response is appropriate and addressed your complaint. Your allegations against Officer Martinez could not be substantiated. A medical diet and allergy list is used when preparing trays to ensure inmates receive the correct tray. Be advised you are given boiled eggs in place of peanut butter. No further action is warranted by this office.

**Signature Authority:** J. Back   Back    **Date:** APR 1 8 2024

**Returned because:** *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)    Appendix G

1. Approximate date of filing lawsuit: February 26, 2024
2. Parties to previous lawsuit:
Plaintiff(s) Herrado Jose Molina
Defendant(s) David G Doughrety, Jr
3. Court: (If federal, name the district; if state, name the county.) Corpus Christi
4. Cause number: 2:24-CV-00052
5. Name of Judge to whom case assigned: David S. Morales


1. Approximate date of filing lawsuit: April 5, 2024
2. Parties to previous lawsuit:
Plaintiff(s) Herrado Jose Molina
Defendant(s) Perla K. Sanchez Balderas
3. Court: (If federal, name the district; if state, name the county.) Corpus Christi
4. Cause number: 2:24-CV-00082
5. Name of Judge to whom case assigned: David S. Morales

NAME JOSE MOLINA
TDC# 2197682
2101 FM 369 N
IOWA PARK, TEXAS 76367

**LEGAL**

UNITED STATES DISTRICT CLERK'S OFFICE
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST. ROOM 310
FORT WORTH, TX 76102

NORTH TEXAS TX P&DC
DALLAS TX 750
23 MAY 2024 PM 3 L

RECEIVED
MAY 29 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102-364185



